No. 1172. SECURITY MUTUAL CASUALTY Co. *v.* FIRST NATIONAL BANK OF CUSHING ET AL. C. A. 10th Cir. Certiorari denied.

No. 1173. PEACOCK RECORDS, INC., ET AL. *v.* CHECKER RECORDS, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 1174. UNITED TRANSPORTATION UNION, LOCAL LODGE No. 31 *v.* ST. PAUL UNION DEPOT Co. C. A. 8th Cir. Certiorari denied.

No. 1176. BARZIE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1177. BASS, ADMINISTRATOR *v.* TEXAS POWER & LIGHT Co. C. A. 5th Cir. Certiorari denied.

No. 1180. ADAMS POTATO CHIPS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 1181. TURZYNSKI *v.* LIBERT. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 1185. FIRESTONE TIRE & RUBBER Co. *v.* GENERAL TIRE & RUBBER Co. C. A. 6th Cir. Certiorari denied.

No. 1188. SOUTHERN PACIFIC TRANSPORTATION Co. *v.* BUTLER. C. A. 5th Cir. Certiorari denied.

No. 1192. NEW YORK CENTRAL RAILROAD Co., NOW PENN CENTRAL TRANSPORTATION Co. *v.* FISHER, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied.

No. 1198. LENIT ET AL. *v.* POWERS ET AL. Sup. Ct. Ill. Certiorari denied.